AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-1790

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **New Leaf Solutions, LLC**
was received by me on *(date)* **02/18/14**.

☐ I personally served the summons on the individual at *(place)* **8406 15th Pl. NE, Lake Stevens, WA. 98258** on *(date)* **3/5/14** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Rocco Liace**, who is designated by law to accept service of process on behalf of *(name of organization)* **New Leaf Solutions, LLC as Registered Agent, Female; Caucasian, 50's, Short Gry Blond, 5'6-5'8, 170lbs** on *(date)* **3/5/14** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **3/6/14**

_____
Server's signature

**James Trover / Server**
Printed name and title

**4925 Sanyside Blvd #B Marysville, CA 98270**
Server's address

Additional information regarding attempted service, etc:

*[Notary seal: DEBRA LEE GORECKI, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 3-01-2015]*