AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-CV-01790-JFC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Rocco Lixe__
was received by me on *(date)* __5/2/14 @ 9:00AM__

☒ I personally served the summons on the individual at *(place)* __8406 15th Place NE, Lake Stevens, WA, 98258__ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __5/5/14__

*Server's signature*

Printed name and title: __James Reaver__

Server's Address: __1616 Hewitt Ave #219, Everett WA. 98201__

x __Debra [signature]__

[Notary seal: Debra Lee Gorecki, Notary Public, State of Washington, Commission Expires 3-01-2015]

Additional information regarding attempted service, etc: